Patrick J. Farrell, Appellant, *v.* Jacob Waldman et al.,
Doing Business under the Name of Concourse Baking
Company et al., Respondents.

Argued October 14, 1937; decided November 16, 1937.

*Charles P. Robinson* and *Frederick C. Bangs* for appellant.

*Jacob Raphael* and *Julius D. Tobias* for Louis Krulick et al., respondents.

Judgment affirmed, without costs; no opinion. (See 276 N. Y. 610.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.